

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Olivia Carrion,                          * From the 350th District
                                           Court of Taylor County,
                                           Trial Court No. 10892-D.

Vs. No. 11-14-00227-CR                   * May 19, 2016

The State of Texas,                      * Memorandum Opinion by Willson, J.
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.